93 A.3d 806

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin JOHNSON, Petitioner.

Supreme Court of Pennsylvania.

June 13, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2014, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether the sentencing court imposed an illegal sentence in violation of the [petitioner's] Sixth Amendment rights by invoking the mandatory minimum provisions of 18 Pa.C.S.[ ] § 6317, where such determination was not determined or found to be present by a jury beyond a reasonable doubt?

Further, the parties are directed to address the following question:

Whether a challenge to a sentence pursuant to *Alleyne v. United States,* —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013) implicates the legality of the sentence and is therefore non-waivable.